Carnegie Estate.

Argued October 6, 1959. Before JONES, C. J., BELL, JONES, COHEN, BOK and MCBRIDE, JJ.

*Frank W. Ittel,* with him *William E. Miller, Jr.,* and *Reed, Smith, Shaw & McClay,* for appellant.

*Wells Fay,* with him *Blaxter, O'Neill & Houston,* for appellee.

OPINION PER CURIAM, November 9, 1959:
Decree affirmed on the opinion of Judge ABRAHAM L. WOLK reported in 18 Pa. D. & C. 2d 629.